O.K.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LA CAVA,<br><br>   Petitioner,<br><br>  vs.<br><br>JOHN MARSHALL, Warden,<br><br>   Respondents. | Case No. CV 05-8729-AG (OP)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and the objections filed by Respondent, de novo. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

/ / /

/ / /

/ / /

1     IT IS ORDERED that Judgment be entered: (1) approving and adopting this
2 Report and Recommendation; and (2) directing that Judgment be entered granting
3 the Petition and ordering Respondent to release Petitioner on parole forthwith.

4

5 DATED: July 31, 2009

                             HONORABLE ANDREW J. GUILFORD
6                              United States District Judge

7

8 Prepared by:

9

10 HONORABLE OSWALD PARADA
11 United States Magistrate Judge