Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ROBERT LA CAVA,

        Petitioner,

vs.

JOHN MARSHALL, Warden,

        Respondent.

Case No. CV 05-8729-AG (OP)

JUDGMENT

    Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is granted and Respondent is ordered to release Petitioner on parole forthwith.

DATED: July 31, 2009

HONORABLE ANDREW J. GUILFORD
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge